In the Matter of the Claim of MINERVA SNYDER, Appellant. EDWARD CORSI, as Industrial Commissioner, Respondent.— Appeal by claimant from a decision of the Unemployment Insurance Appeals Board which affirmed the decision of the referee disqualifying her from receiving unemployment insurance benefits. The record justifies the conclusion reached. Decision affirmed, with costs to the Industrial Commissioner. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, and IRVING LANGMUIR et al., Appellants, v. SYSTEM PROPERTIES, INC., et al., Defendants, and LAKE GEORGE ASSOCIATION, Intervener, Respondent.— Appeal from an order permitting the defendant, the Lake George Association, to intervene. No substantial ground has been presented to us which calls for its reversal. Order appealed from affirmed, with $50 costs and disbursements. All concur.

NATIONAL BANK OF AUBURN et al., as Executors and Trustees under the Will of CHARLES J. HEWITT, Deceased, et al., Respondents, v. LELAND D. VAN RENSSELAER et al., Appellants.— Appeal from order denying judgment upon the pleadings. Order affirmed, with $10 costs and disbursements. All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BENJAMIN B. GROGAN, Appellant, against VERNON A. MORHOUS, as Warden of Great Meadow Prison, Respondent.— Appeal by relator from an order of the Supreme Court made at Washington County Special Term, entered in the Office of the County Clerk of that County December 11, 1945, dismissing his writ of habeas corpus. Relator was convicted December 8, 1926 of the crime of attempted robbery in the first degree. This was upon his plea of guilty to that offense made under a count in the indictment which accused him of the completed crime of such a degree of robbery. He is now serving the sentence imposed in that judgment. Prior to his conviction he had tendered a plea of guilty to robbery in the second degree. Relator's contention that the indictment was found upon insufficient evidence is not reviewable in a habeas corpus proceeding. (*People ex rel. Childs* v. *Knott,* 187 App. Div. 604, affd. 228 N. Y. 608.) His tendered plea of guilty to robbery in the second degree and the circumstances of its nonallowance and withdrawal and the later entry and acceptance of the plea upon which he was convicted, did not result in double jeopardy and present no questions reviewable by the office of his writ. (*Matter of Morhous* v. *N. Y. Supreme Court,* 293 N. Y. 131.) Relator's sentence was valid when pronounced. The subsequent enactment of a lessened punishment presents no question determinable herein. (Penal Law, § 38.) Order affirmed. All concur.